UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| NORTHLAND INSURANCE a/s/o<br>J.D. DISTRIBUTING COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>KEVIN BACHMANN and,<br>BACHMANN FARMS, INC.,<br><br>       Defendants. | )<br>)<br>)<br>)<br>) Case No.  1:19 CV 188 ACL<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On December 2, 2020, the Plaintiff Northland Insurance a/s/o J.D. Distributing Company and Defendants Kevin Bachmann and Bachmann Farms, Inc., by and through their attorneys filed a Stipulation for Dismissal with Prejudice (Doc. 20), in which they stipulate and agree that this matter has been fully and finally settled and that all claims against the Defendants should be dismissed with prejudice and that each party should pay their own costs.

Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the instant cause of action is **dismissed with prejudice**, and each party must pay their own costs.

Dated this 3rd day of December, 2020.

                                                                       /s/ Abbie Crites-Leoni
                                                                       ABBIE CRITES-LEONI
                                                                       UNITED STATES MAGISTRATE JUDGE